## Tracey American Building Corporation v. Central Penn National Bank, Appellant.

Argued March 21, 1974. William T. Campbell, Jr., with him Swartz, Campbell & Detweiler, for appellant; George Gershenfeld, for appellee.

Order affirmed.

## Weidner, Appellant, v. Mowrer et ux.

Argued March 20, 1974. Sam Ferguson Musser, for appellant; Theodore S. Danforth, for appellees.

Order affirmed.

## Wolf et al., Appellants, v. Aetna Casualty & Surety Company et al.

Argued March 18, 1974. Arnold Levin, with him Gordon Gelfond, and Freedman, Borowsky and Lorry, for appellants; Francis E. Shields, with him Jon A. Baughman, and Pepper, Hamilton & Scheetz, for appellees.

OPINION PER CURIAM: Judgment affirmed on the opinion of the court below, CODY, J.